FENNEMORE CRAIG, P.C.
Emily Ward (No. 029963)
Brett C. Gilmore (No. 034598)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  eward@fennemorelaw.com
Email:  bgilmore@fennemorelaw.com

*Attorneys for Defendants*
*Aharon Hopstein and The Well Nutrition Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Isagenix International, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Oliver Marshak, an individual; Marshak Enterprises, LLC, a Wyoming limited liability company; Aharon Hopstein a/k/a Ari Hopstein, an individual; and The Well Nutrition Inc., a New York corporation,<br><br>Defendants. | No. 2:22-cv-00282-ESW<br><br>**DEFENDANTS AHARON HOPSTEIN AND THE WELL NUTRITION INC.'S ANSWER TO FIRST AMENDED COMPLAINT** |

Defendants Aharon Hopstein and The Well Nutrition Inc. (together, the "Well Nutrition Defendants") submit this Answer to Plaintiff Isagenix International LLC's ("Isagenix") First Amended Complaint for Damages and Injunctive Relief for Breach of Contract and Fraud ("FAC").  Except as expressly admitted below, the Well Nutrition Defendants deny each and every allegation in the FAC, including but not limited to any and all allegations of tortious, wrongful, and unlawful conduct.

## PARTIES, JURISDICTION, AND VENUE

1.    Upon information and belief, the Well Nutrition Defendants admit the allegations in Paragraph 1 of the FAC.

2.    The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 2 of the

FAC.

3.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 3 of the FAC.

4.     The Well Nutrition Defendants admit all allegations in Paragraph 4 of the FAC except for those pertaining to service of process, which are legal conclusions to which no response is required.  To the extent a response to such allegations is required, the Well Nutrition Defendants deny.

5.     The Well Nutrition Defendants admit the allegations in the first two sentences of Paragraph 5 of the FAC.  The Well Nutrition Defendants further admit that Mr. Hopstein is the sole Director and Officer of Well Nutrition Inc. ("Well Nutrition"). The Well Nutrition Defendants deny all remaining allegations in Paragraph 5 of the FAC.

6.     The Well Nutrition Defendants admit, upon information and belief, that there is diversity of citizenship among all parties presently named in the above-captioned matter. The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and on that basis deny, the remaining allegations in Paragraph 6 of the FAC.

7.     The Well Nutrition Defendants deny all allegations in Paragraph 7 of the FAC.

8.     The Well Nutrition Defendants deny the allegations in Paragraph 8 of the FAC.

## FACTUAL ALLEGATIONS

### Isagenix and Its Contracts with Isagenix Independent Associates

9.     The Well Nutrition Defendants admit the allegations in Paragraph 9 of the FAC.

10.     The Well Nutrition Defendants admit the allegations in Paragraph 10 of the FAC.

11.     The Well Nutrition Defendants lack sufficient knowledge and information to

form a belief about the truth of, and therefore deny, the allegations in Paragraph 11 of the FAC.

12.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 12 of the FAC.

13.     The Well Nutrition Defendants admit that the Paragraph 11 Documents contain various rules and restrictions.   The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, all remaining allegations in Paragraph 13 of the FAC.

14.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 14 of the FAC.

15.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 15 of the FAC.

16.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 16 of the FAC.

17.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 17 of the FAC.

18.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 18 of the FAC.

19.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 19 of the FAC.

**Defendants' Breach of Contract and Fraud**

20.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 20 of the FAC.

21.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 21 of the FAC.

22.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 22 of the FAC.

23.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 23 of the FAC.

24.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 24 of the FAC.

25.     The Well Nutrition Defendants admit that Hopstein inquired with Isagenix about purchasing Isagenix product for a discounted price, but deny the remaining allegations in Paragraph 25 of the FAC pertaining to Mr. Hopstein.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 25 of the FAC insofar as they pertain to Oliver Marshak.

26.     The Well Nutrition Defendants deny the allegations in Paragraph 26 of the FAC pertaining to Mr. Hopstein.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 26 of the FAC insofar as they pertain to Isagenix and Mr. Marshak.

27.     The Well Nutrition Defendants deny the allegations in Paragraph 27 of the FAC pertaining to Mr. Hopstein.  The Well Nutrition Defendants lack sufficient knowledge

and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 26 of the FAC insofar as they pertain to Mr. Marshak.

28.     The Well Nutrition Defendants admit that Mr. Hopstein signed a Bulk Volume Purchase Agreement on behalf of The Well Nutrition, but deny the remaining allegations in Paragraph 28 of the FAC pertaining to Mr. Hopstein.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 28 of the FAC insofar as they pertain to Mr. Marshak.

29.     The Well Nutrition Defendants admit that Mr. Hopstein executed a document that may have been titled Isagenix Independent Associate Application and Agreement, but Mr. Hopstein does not have a copy of that agreement.   As such, the Well Nutrition Defendants deny all remaining allegations in Paragraph 29 of the FAC.

30.     The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the allegations in Paragraph 30 of the FAC.

31.     The Well Nutrition Defendants deny the allegations in Paragraph 31 of the FAC.

32.     The Well Nutrition Defendants deny the allegations in Paragraph 32 of the FAC insofar as they pertain to purportedly false statements Mr. Hopstein made to Isagenix. The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, all remaining allegations in Paragraph 32 of the FAC.

33.     The Well Nutrition Defendants deny the allegations in Paragraph 33 of the FAC insofar as they pertain to purportedly false statements Mr. Hopstein made to Isagenix. The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 33 of the FAC.

34.     The Well Nutrition Defendants deny all allegations in Paragraph 34 of the FAC insofar as they pertain to Mr. Hopstein.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the

remaining allegations in Paragraph 34 of the FAC.

35.     The Well Nutrition Defendants deny all allegations in Paragraph 35 of the FAC insofar as they imply that Mr. Hopstein breached contractual obligations or otherwise engaged in wrongful conduct.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 35 of the FAC.

36.     The Well Nutrition Defendants deny all allegations in Paragraph 36 of the FAC insofar as they imply that they breached contractual obligations or otherwise engaged in wrongful conduct.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 36 of the FAC.

**Isagenix Has Suffered Substantial Harm**

37.     The Well Nutrition Defendants deny all allegations in Paragraph 37 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 37 of the FAC.

38.     The Well Nutrition Defendants deny all allegations in Paragraph 38 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 38 of the FAC.

39.     The Well Nutrition Defendants deny all allegations in Paragraph 39 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 39 of the FAC.

40.     The Well Nutrition Defendants deny all allegations in Paragraph 40 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 40 of the FAC.

41.     The Well Nutrition Defendants deny all allegations in Paragraph 41 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 41 of the FAC.

## FIRST CAUSE OF ACTION

### Breach of Contract

42.     The Well Nutrition Defendants incorporate all foregoing responses to the allegations in the FAC.

43.     The Well Nutrition Defendants deny all allegations in Paragraph 43 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 43 of the FAC.

44.     The Well Nutrition Defendants deny all allegations in Paragraph 44 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 44 of the FAC.

45.     The Well Nutrition Defendants admit that Paragraph 45 of the FAC quotes excerpts of Section 4.5 of the Isagenix Policies and Procedures but deny all remaining allegations in Paragraph 45 of the FAC insofar as they pertain to the Well Nutrition Defendants.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 45 of the FAC.

46.     The Well Nutrition Defendants admit that Paragraph 46 of the FAC quotes excerpts of Section 4.5 of the Isagenix Policies and Procedures but deny all remaining allegations in Paragraph 46 of the FAC insofar as they pertain to the Well Nutrition Defendants.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 46 of the FAC.

47.     The Well Nutrition Defendants admit that Paragraph 47 quotes an excerpt of the document it identifies but deny all remaining allegations in Paragraph 47 of the FAC insofar as they pertain to the Well Nutrition Defendants.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 47 of the FAC.

48.     The Well Nutrition Defendants deny all allegations in Paragraph 48 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 48 of the FAC.

49.     The Well Nutrition Defendants deny all allegations in Paragraph 49 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 49 of the FAC.

50.     The Well Nutrition Defendants deny all allegations in Paragraph 50 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 50 of the FAC.

51.     The Well Nutrition Defendants deny all allegations in Paragraph 51 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 51 of the FAC.

52.     The Well Nutrition Defendants deny all allegations in Paragraph 52 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 52 of the FAC.

53.     The Well Nutrition Defendants deny all allegations in Paragraph 53 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations

1    in Paragraph 53 of the FAC.

2        54.    The Well Nutrition Defendants deny all allegations in Paragraph 54 of the

3    FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and

4    information to form a belief about the truth of, and therefore deny, the remaining allegations

5    in Paragraph 54 of the FAC.

6                    **SECOND CAUSE OF ACTION**

7                **Common Law Fraud – Marshak and Hopstein**

8        55.    The Well Nutrition Defendants incorporate all foregoing responses to the

9    allegations in the FAC.

10       56.    The Well Nutrition Defendants deny that Isagenix has any claims against

11   them that arise under the common law of the State of Arizona.  The Well Nutrition

12   Defendants lack sufficient knowledge and information to form a belief about the truth of,

13   and therefore deny, the remaining allegations in Paragraph 56 of the FAC.

14       57.    The Well Nutrition Defendants deny all allegations in Paragraph 57 of the

15   FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and

16   information to form a belief about the truth of, and therefore deny, the remaining allegations

17   in Paragraph 57 of the FAC.

18       58.    The Well Nutrition Defendants deny all allegations in Paragraph 58 of the

19   FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and

20   information to form a belief about the truth of, and therefore deny, the remaining allegations

21   in Paragraph 58 of the FAC.

22       59.    The Well Nutrition Defendants deny all allegations in Paragraph 59 of the

23   FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and

24   information to form a belief about the truth of, and therefore deny, the remaining allegations

25   in Paragraph 59 of the FAC.

26       60.    The Well Nutrition Defendants deny all allegations in Paragraph 60 of the

27   FAC pertaining to Mr. Hopstein. The Well Nutrition Defendants lack sufficient knowledge

28   and information to form a belief about the truth of, and therefore deny, the remaining

allegations in Paragraph 60 of the FAC.

61.     The Well Nutrition Defendants deny all allegations in Paragraph 61 of the FAC pertaining to Mr. Hopstein.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 61 of the FAC.

62.     The Well Nutrition Defendants deny all allegations in Paragraph 62 of the FAC pertaining to Mr. Hopstein.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 62 of the FAC.

63.     The Well Nutrition Defendants deny all allegations in Paragraph 63 of the FAC pertaining to them.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 63 of the FAC.

64.     The Well Nutrition Defendants deny all allegations in Paragraph 64 of the FAC pertaining to Mr. Hopstein.  The Well Nutrition Defendants lack sufficient knowledge and information to form a belief about the truth of, and therefore deny, the remaining allegations in Paragraph 64 of the FAC.

## **AFFIRMATIVE DEFENSES**

For their affirmative defenses, the Well Nutrition Defendants allege as follows:

1.     Isagenix's claims are barred insofar as they lack any basis in fact or law.

2.     Isagenix's claims are barred insofar as the Court lacks subject matter jurisdiction, personal jurisdiction, or either of them.

3.     Isagenix's claims fail, whether in whole or in part, to the extent the FAC fails to state a claim upon which relief may be granted.

4.     Isagenix's claims are barred, whether in whole or in part, by applicable statutes of limitation.

5.     Isagenix's claims are barred, whether in whole or in part, because of Isagenix's own conduct—including, but not limited to—the fact that Isagenix may have

breached the Policies and Procedures *first*, thereby excusing any further performance from Hopstein.

6. Isagenix's claims are barred, whether in whole or in part, because of Isagenix's failure to mitigate damages.

7. Isagenix's claims for punitive damages fail because the record does not support an award of punitive damages.

8. Isagenix's claims are barred, whether in whole or in part, by the economic loss doctrine.

9. Isagenix's claims are barred, whether in whole or in part, because the allegedly false statements are true or substantially true.

10. Isagenix's claims are barred, whether in whole or in part, by one or more of the following doctrines:

      a.      Estoppel;

      b.      Waiver;

      c.      Laches;

      d.      Ratification;

      e.      Acquiescence;

      f.      Assumption of risk;

      g.      License;

      h.      Res judicata;

      i.      Unclean hands;

      j.      Release; or

      k.      Waiver.

11. Isagenix's claims are barred, whether in whole or in part, by any and all other affirmative defenses contemplated by Fed. R. Civ. P. 8(c)(1) and 12(b), including improper venue, insufficient process, and insufficient service of process.

12. Isagenix's claims fail, whether in whole or in part, because the allegations in the FAC do not satisfy the pleading requirements of Fed. R. Civ. P. 9.

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

13.     To the extent the Policies and Procedures are an enforceable contract, they require that Isagenix bring its claims against Hopstein in arbitration.

14.     The Well Nutrition Defendants reserve the right to assert all any and all additional affirmative defenses available to it, including all defenses set forth in Rules 8 and 12 of the Federal Rules of Civil Procedure, as additional information becomes available to them.

## JURY DEMAND

The Well Nutrition Defendants demand a trial by jury on all counts against them.

WHEREFORE, the Well Nutrition Defendants respectfully request that the Court enter judgment in their favor and against Isagenix as follows:

A.     Dismissal with prejudice of all claims against them;

B.     An award of attorneys' fees and costs pursuant to applicable law, including, without limitation, A.R.S. § 12-341.01 and to the extent the Policies and Procedures are an enforceable contract under the attorneys' fees and costs provision in the Policies and Procedures; and

C.     Any and all such other relief as the Court deems appropriate.

DATED this 19th day of August, 2022.

FENNEMORE CRAIG, P.C.

By:  s/ *Emily Ward*
Emily Ward
Brett C. Gilmore
*Attorneys for Defendants*
*Aharon Hopstein and The Well*
*Nutrition Inc.*

27973475.2

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX